IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of <br><br> Calvita Frederick, <br><br> An attorney | No. 23 D 12 <br><br> (Before the Executive Committee) |

## O R D E R

Calvita Frederick was admitted to practice before the general bar of this Court on July 16, 2015 and before the trial bar of this Court on September 16, 2022.

On February 17, 2023 the Executive Committee ("Committee"), entered a Rule to Show Cause, ordering Ms. Frederick to respond within fourteen (14) days, pursuant to Rule 83.28(c) of the Local Rules of this Court, explaining why the Committee should not impose discipline for her ongoing unwillingness to conform her conduct to requirements laid down by judicial orders or rules of procedure (*see Rojas v. Town of Cicero*, 775 F.3d 906, 910 (7th Cir. 2015)). The Rule to Show Cause was sent to Ms. Frederick by email, and after a request for an extension of time, filed her Answer on March 24, 2023.

The Committee reviewed the March 24, 2023 Answer and issued a Second Rule to Show Cause on September 29, 2023. The Second Rule to Show Cause was sent to Ms. Frederick by email, and after a request for extension of time, filed her Answer on October 27, 2023.

IT IS THEREFORE ORDERED that after reviewing Ms. Frederick's submission, the Committee finds that Ms. Frederick has violated ABA Model Rule of Professional Conduct 1.1, 1.3, and 3.1, and Illinois Rules of Professional Conduct 1.1, 3.1, 3.2, and 3.5.

IT IS FURTHER ORDERED that Ms. Frederick is suspended from the General Bar and Trial Bar of the Northern District of Illinois, until further Order of the Court.   The Court acknowledges and approves the proposals Ms. Frederick has made for remediation, and directs that she complete those proposed steps before seeking readmission.

IT IS thus FURTHER ORDERED that after completing the following requirements and submitting an affidavit along with written documentation that she has completed the courses, Ms. Frederick may petition the Committee to be readmitted to the General Bar of the Northern District of Illinois:

1. Complete the Illinois State Bar Association's Fred Lane Trial Techniques or an equivalent program.

2. Complete an e-learning course offered by the Attorney Registration & Disciplinary Commission of the Supreme Court of Illinois entitled Civility; Civility and Professionalism; Learning the Art of Mindfulness: A Wellness Approach to the Legal Profession

3. Complete a Continuing Legal Education course regarding appellate procedure.

4. Serve as second chair or co-counsel (present at all trial days) on at least five (5) matters which reach trial (are not settled or resolved prior to trial) before being permitted to act as first chair trial counsel.

5. Attend monthly Lawyers Assistance Programs meetings for one year (in-person or virtually).

IT IS FURTHER ORDERED that once Ms. Frederick completes the requirements outlined in this Order, she may begin to gain experience towards a trial bar membership. Experience prior to the date of completion of the requirements will not count towards joining the trial bar.

IT IS FURTHER ORDERED that within twenty-one (21) days of the docketing of this order, Ms. Frederick shall notify by certified mail, return receipt requested, all clients to whom Ms. Frederick is responsible for pending matters before this Court of the fact that the attorney cannot continue to represent them.

IT IS FURTHER ORDERED THAT any password issued to Ms. Frederick for access to the electronic filing system shall be disabled until the attorney is reinstated to active status with this District.

IT IS FURTHER ORDERED that within thirty-five (35) days of the entry of this order, Ms. Frederick shall email (ILNDAttorneyDiscipline@ilnd.uscourts.gov) a declaration stating that the

attorney has so notified any clients, and indicating the address to which subsequent communications may be addressed; and shall keep and maintain records evidencing compliance with this order so that proof of compliance will be available if needed for any subsequent proceeding instituted by or against the attorney.

IT IS FURTHER ORDERED that the Clerk of the Court shall post this Order on the docket in every pending case which the attorney has filed an attorney appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall cause of copy of this Order to be emailed to be emailed to Ms. Frederick's attorneys, Adrian Vuckovich (av@cb-law.com) and Kathryne Hayes (khayes@cb-law.com), the email addresses listed in the Attorney Appearance Forms, delivery receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated in Chicago, IL this 20th day of November, 2023